# Court of Appeals
# of the State of Georgia

ATLANTA, __August 10, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2379.  ALPHA NURSING SERVICES, INC. v. DEPARTMENT OF COMMUNITY HEALTH.**

Alpha Nursing Services, Inc., filed this direct appeal from a superior court order affirming a final administrative decision of the Georgia Department of Community Health.  Pursuant to OCGA § 5-6-35 (a) (1), however, appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by application for discretionary review.  See *Dept. of Corrections v. Mack*, 217 Ga. App. 862 (459 SE2d 573) (1995).  Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __08/10/2012__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*